# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY MOSES | CIVIL ACTION |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY COMPANY | NO. 23-00824-BAJ-SDJ |

### JUDGMENT

Considering Plaintiff's **Ex Parte Motion To Dismiss Without Prejudice (Doc. 12)**, which is self-effectuating and dismisses the above captioned action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 4th day of March, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA